UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| JEREMY LAWSON, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. 1:14-cv-00282-JMS-MJD |
| SUPERINTENDENT, | ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner. The petition for writ of habeas corpus **is denied** and this action is dismissed with prejudice.

Date: 04/20/2015

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy Lawson, #163040
Miami Correctional Facility
Inmate Mail/parcels
3038 West 850 South
Bunker Hill, Indiana 46914

Electronically registered counsel